OHIO PROVISION COMPANY v. Carl E. MOORE, Individually and as Collector of Internal Revenue for the 18th District of Ohio.

No. 7164.

Circuit Court of Appeals, Sixth Circuit.

Feb. 13, 1936.

Cannon, Spieth, Taggart, Spring & Annat, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellant.

George L. PACE v. Guy T. HELVERING, Commissioner of Internal Revenue.

No. 1426.

Circuit Court of Appeals, Tenth Circuit.

June 1, 1936.

Don T. Haynes, of Wichita Falls, Tex., for petitioner.

Thomas J. Morrissey, U. S. Atty., of Denver, Col., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed for failure to prosecute.

OLD NATIONAL BANK, Guardian of Marshall P. MANN, v. UNITED STATES of America.

No. 6919.

Circuit Court of Appeals, Sixth Circuit.

April 14, 1936.

Charles L. Neely and Bailey Walsh, both of Memphis, Tenn., and Fenner Heathcock, of Union City, Tenn., for appellant.

Wm. McClanahan, U. S. Atty., of Memphis, Tenn.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The Court being of opinion that the trial court properly directed the jury to return a verdict for the appellee on the ground that there was no substantial evidence tending to show that the insured became permanently and totally disabled during the life of the policy sued on, it is ordered that the judgment be affirmed.

Antonio PIANEZZA, Appellant, v. John R. NORTHRUP, as Acting Divisional Director of Immigration and Naturalization Service, Appellee.

No. 7210.

Circuit Court of Appeals, Sixth Circuit.

April 14, 1936.

Blase A. Buonpane and John B. Osmun, both of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

MOORMAN, Circuit Judge.

Affirmed on authority of Philippides v. Day, 283 U.S. 48, 51 S.Ct. 358, 75 L.Ed. 833, and United States v. Vanbiervliet, 284 U.S. 590, 52 S.Ct. 132, 76 L.Ed. 509.